# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SOUTH FLORIDA SPORT FISHING, INC.,**
and **NISSAN GENOUNE,**
Appellants/Appellees,

v.

**ESTHER GENOUNE,**
Appellee/Appellant.

Nos. 4D22-1095 and 4D22-2827

[July 20, 2023]

Consolidated appeals and cross-appeal in 4D22-2827 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Frink, Judge; L.T. Case No. CACE-20-1640.

Richard F. Hussey of Richard F. Hussey, P.A., Fort Lauderdale, for appellants/appellees.

Dennis S. Klein of Kelley Kronenberg, Fort Lauderdale, for appellee/appellant.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***